| AO 10<br>Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2014 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Warren, David M. | 2. Court or Organization<br><br>U.S. Bankruptcy Court - Eastern District of North Carolina | 3. Date of Report<br><br>12/14/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

| 7. Chambers or Office Address<br><br>Century Station Post Office and Courthouse<br>300 Fayetteville Street, Room 323<br>Raleigh, NC 27601-1749 |
|---|

| IMPORTANT NOTES: *The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Poyner Spruill LLP (withdrew 01/31/2014) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinue in approximately 1991when the firm moved to a 401(k) |
| 2. | | plan. I do not know how the pension money is invested, and I will receive my share upon retirement age at a designated monthly amount which is calcuated under |
| 3. | | the terms of the plan. |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 01/31/2014 | Poyner Spruill LLP-Salary | $16,688.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Smith Moore Leatherwood LLP/ Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Kappa Alpha Order | 04/05/2014 - 04/06/2015 | Atlanta, GA | North-American Interfraternity Conference Meeting | transportation, lodging, food |
| 2. | Kappa Alpha Order | 04/25/2014 - 04/27/2014 | Orlando, FL | Kappa Alpha Order - Educational Foundation | transportation, lodging, food |
| 3. | Eastern Bankruptcy Institute, Inc. | 05/29/2014 - 05/31/2014 | N. Myrtle Beach, SC | Annual Eastern Bankruptcy Institute Seminar | lodging, food |
| 4. | FRMT, Ltd. | 06/10/2014 - 06/12/2014 | Indianapolis, IN | FRMT, Ltd Annual Meeting | transportation, lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

| # | | | | | |
|---|---|---|---|---|---|
| 5. | Kappa Alpha Order | 09/06/2014 - 09/07/2014 | Providence, RI | North-American Interfraternity Conference Board Meeting | transportation, lodging, food |
| 6. | N.C. Bar Association | 11/07/2014 - 11/08/2014 | Asheville, NC | Annual N.C. Bar Association Bankruptcy Section Seminar | lodging, food |
| 7. | | | | | |
| 8. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Poyner Spruill LLP | Investiture Reception | $8,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, NA | Mortgage on Rental Property in Raleigh, NC | M |
| 2. | PNC Bank, NA | 2nd Mortgage on Rental Property in Raleigh, NC | J |
| 3. | Southern Bank | Mortgage on Rental Property in Rocky Mount, NC | L |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Rental Rocky Mount, NC | D | Rent | L | W | | | | | |
| 2. | Rental Raleigh, NC (50% int) | D | Rent | M | W | | | | | |
| 3. | House, Wrightsville Beach, NC (17% int) | | None | M | W | | | | | |
| 4. | Northwesternr Mutual Life Whole Life Policy | C | Dividend | L | T | | | | | |
| 5. | National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 6. | Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 7. | Poyner Spruill LLP Law Firm | | | | | Redeemed | 06/16/14 | K | A | |
| 8. | Poyner Spruill LLP Retirement Plan (pension) | | None | | | | | | | Did not contibute to plan. |
| 9. | Eaton Corp (ETN) | A | Dividend | K | T | Buy | 10/16/14 | J | | |
| 10. | Bank of America Common Stock | A | Dividend | | | Sold | 01/30/14 | J | A | |
| 11. | B&G Foods (BGS) | A | Dividend | K | T | Buy | 07/18/14 | K | | |
| 12. | Clorox (CLX) | B | Dividend | K | T | | | | | |
| 13. | Cummins (CMI) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 14. | Deere & Co. | A | Dividend | | | Sold | 01/30/14 | K | B | |
| 15. | Dieago (DEO) | A | Dividend | K | T | Buy (add'l) | 10/16/14 | J | | |
| 16. | DuPont (DD) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 17. | Emerson Electric (EMR) | A | Dividend | K | T | Buy | 12/05/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Exxon Mobil (XOM) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 19. Fluor (FLR) | A | Dividend | K | T | Buy | 12/05/14 | K | | |
| 20. Heineken (HEINY) | A | Dividend | K | T | | | | | |
| 21. Johnson & Johnson (JNJ) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 22. Kellogg (K) | A | Dividend | K | T | | | | | |
| 23. McCormick & Co. (MCK) | A | Dividend | J | T | Buy | 01/21/14 | J | | |
| 24. McDonalds (MDC) | A | Dividend | K | T | Buy | 07/24/14 | K | | |
| 25. 3 M (MMM) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 26. Nestle (NSRGY) | B | Dividend | K | T | | | | | |
| 27. Pepsico (PEP) | B | Dividend | K | T | | | | | |
| 28. Post Holdings (POST) | A | Dividend | K | T | Buy | 08/20/14 | K | | |
| 29. Post Holding (POST) | A | Dividend | | | Sold | 10/13/14 | K | A | |
| 30. Proctor & Gamble (PG) | B | Dividend | K | T | | | | | |
| 31. Royal Dutch Shell (RDSB) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 32. Sonoco (SON) | B | Dividend | K | T | | | | | |
| 33. Suncor Energy (SU) | A | Dividend | K | T | Buy | 12/24/14 | K | | |
| 34. Sysco (SYY) | A | Dividend | J | T | Buy | 01/21/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  General Mills (GIS) | A | Dividend | K | T | Buy | 03/04/14 | K | | |
| 36.  Coca Cola (KO) | A | Dividend | K | T | Buy | 05/14/14 | K | | |
| 37.  Conagra Foods (CAG) | A | Dividend | K | T | Buy | 06/18/14 | K | | |
| 38.  General Electric (GE) | A | Dividend | K | T | Buy | 05/14/14 | K | | |
| 39.  IBM | A | Dividend | K | T | Buy | 05/16/14 | K | | |
| 40.  Kraft Foods (KRGT) | A | Dividend | K | T | Buy | 05/14/14 | K | | |
| 41.  United Technologies (UTX) | A | Dividend | K | T | Buy | 10/16/14 | K | | |
| 42.  Pinnacle Foods | A | Dividend | | | Buy | 06/06/14 | K | | |
| 43.  Pinnacle Foods | A | Dividend | | | Sold | 07/01/14 | K | A | |
| 44.  Snyders-Lance (LNCE) | A | Dividend | K | T | Buy | 05/14/14 | K | | |
| 45.  Fidelity Cash Reserves | A | Dividend | L | T | | | | | |
| 46.  Pimco Total Returns | A | Dividend | | | Sold | 04/09/14 | J | A | |
| 47.  Fidelity Puritan | B | Dividend | | | Sold | 04/09/14 | L | | |
| 48.  American Growth Fund | B | Dividend | | | Sold | 04/09/14 | L | | |
| 49.  Vamguard 500 Index | D | Dividend | | | Sold | 04/09/14 | M | | |
| 50.  Primecap Odyssey Aggressive Growth | E | Dividend | | | Sold | 04/09/14 | M | | |
| 51.  Ivy Mid Cap Growth 1 | D | Dividend | | | Sold | 04/09/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Keeley Small Cap Value | F | Dividend | | | Sold | 04/09/14 | M | | |
| 53. American New Prospective | D | Dividend | | | Sold | 04/09/14 | L | | |
| 54. American Electric and Power | A | Dividend | K | T | | | | | |
| 55. First Citizens Bank A | A | Dividend | K | T | | | | | |
| 56. First Citizens Bank B Preferred | A | Dividend | K | T | | | | | |
| 57. Eli Lilly & Company | A | Dividend | | | Sold | 06/23/14 | K | E | |
| 58. Pepco Holdings | A | Dividend | J | T | | | | | |
| 59. Petroleo Brasileiro | A | Dividend | J | T | | | | | |
| 60. Zimmer Holdings | A | Dividend | | | Sold | 04/09/14 | J | D | |
| 61. Amerprise Insured Money Market | A | Interest | J | T | | | | | |
| 62. Gateway Bank Certificate of Deposit | A | Interest | | | Sold | 01/01/14 | J | A | |
| 63. Fidelity Equity Income (DMW) | A | Dividend | J | T | | | | | |
| 64. Fidelity Equity Income (KLB) | A | Dividend | J | T | | | | | |
| 65. Fidelity Equity Income (MMW) | A | Dividend | J | T | | | | | |
| 66. Allegion (ALLE) | A | Dividend | J | T | Spinoff (from line 88) | | | | |
| 67. Campbell Soup (CPB) | A | Dividend | J | T | | | | | |
| 68. Clorox (CLX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Congra (CAG) | A | Dividend | K | T | Buy | 06/18/14 | K | | |
| 70. Eaton (ETN) | A | Dividend | J | T | | | | | |
| 71. Exxon Mobil (XOM) | A | Dividend | J | T | | | | | |
| 72. General Electric (GE) | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 73. Halyard Health | | None | | | Sold | 10/14/14 | J | | |
| 74. Halyard Health | | None | | | Sold | 11/14/14 | J | A | |
| 75. Kellogg (K) | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 76. Kimberly Clark (KMB) | A | Dividend | J | T | | | | | |
| 77. McCormick & Co. (MKC) | A | Dividend | J | T | Buy | 01/31/14 | J | | |
| 78. McDonalds (MCD) | A | Dividend | J | T | | | | | |
| 79. Molson Coors(TAP) | A | Dividend | J | T | | | | | |
| 80. Nestle (NSRGY) | A | Dividend | J | T | | | | | |
| 81. Pepsico (PEP) | A | Dividend | J | T | | | | | |
| 82. Proctor & Gamble (PG) | A | Dividend | J | T | | | | | |
| 83. Snyders Lance (LNCE) | A | Dividend | J | T | | | | | |
| 84. Sonoco (SON) | A | Dividend | J | T | | | | | |
| 85. Sysco (SYY) | A | Dividend | J | T | Buy | 01/31/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 12/14/2015 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. Unilever | A | Dividend | J | T | | | | | |
| 87. Wells Fargo (WFC) | A | Dividend | | | Sold | 11/18/14 | J | | |
| 88. Ingersoll-Rand PLC | A | Dividend | J | T | | | | | |
| 89. Cohen & Steers Realty Shares | | | | | Sold | | | | |
| 90. Mainstay High Yield Corp Bd A | | | | | Sold | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

Line 66, Allegion, (33 shares) was acquired by spouse, Keena Lynn Bartley, on December 2, 2013, with a value of approximately $1,750.00. This asset was inadvertently omitted from the 2013 initial report.

Line 67, Campbell Soup (200 shares) was acquired by spouse, Keena Lynn Bartley, on November 26, 2013, with a value of approximately $7,789.00. This asset was inadvertently omitted from the 2013 initial report.

Line 76, Kimberly Clark (100 shares) was acquired by spouse, Keena Lynn Bartley, on February 17, 2011 with a value of approximately $6,528.00. This asset was inadvertently omitted from the 2013 initial report.

Line 86, Unilever (100 shares) was acquired by spouse, Keena Lynn Bartley, on July 30, 2008 with a value of approximately $$3,013.00. This asset was inadvertently omitted from the 2013 initial report.

Line 87, Wells Fargo (16 shares) was acquired by spouse, Keena Lynn Bartley, prior to 2009. Originally, there were 82 shares of Wachovia Bank that were converted to 16 shares as a part of the acquisition by Wells Fargo. At the tim of the conversion the value of the shares was approximately $847.00. This asset was inadvertently omitted from the 2013 initial report

Line 89, Cohen & Steers Realty Shares was owned by David M. Warren through the Poyner Spruill LLP 401(k) in the amount of $167,935. Those shares were sold in the 401(k) plan in during the 3rd quarter of 2013. The proceeds were reinvested in other mutual funds offered by that plan. All of the plan assets were liquidated on April 9, 2014 with the proceeds being rolled over into the IRA and TSP for the benefit of David M. Warren.

Line 90, Mainstay High Yield Corp Bd A was owned by David M. Warren through the Poyner Spruill LLP 401(k) in the amount of $43,724. Those shares were sold in the 401(k) plan in during the 3rd quarter of 2013. The proceeds were reinvested in other mutual funds offered by that plan. All of the plan assets were liquidated on April 9, 2014 with the proceeds being rolled over into the IRA and TSP for the benefit of David M. Warren.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544